ERIC M. GEORGE (SBN 166403)
SYLVIA P. LARDIERE (SBN 107425)
DREIER STEIN KAHAN
    BROWNE WOODS GEORGE LLP
Fox Plaza
2121 Avenue of the Stars, 24th Floor
Los Angeles, CA 90067
Tel.: (310) 274-7100 / Fax: (310) 275-5697
E-mail: egeorge@dskbwg.com

Attorneys for Plaintiff Halsey Minor


RITA M. HAEUSLER (SBN 110574)
HUGHES HUBBARD & REED LLP
350 South Grand Avenue, 36th Floor
Los Angeles, California 90071-3442
Tel.: (213) 613-2800 / Fax: (213) 613-2950
E-mail: haeusler@hugheshubbard.com

Attorneys for Defendant Christie's Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>    Defendant. | CASE NO. CV08-5445 JL<br><br>Assigned to Hon. James Larson<br><br>**STIPULATION PURSUANT TO C.L.R. 6-2 EXTENDING TIME FOR DEFENDANT CHRISTIE'S INC. TO RESPOND TO COMPLAINT TO AND INCLUDING JANUARY 23, 2009; DECLARATION OF RITA M. HAEUSLER IN SUPPORT THEREOF**<br><br>Complaint Filed: December 3, 2008 |

STIPULATION PURSUANT TO C.L.R. 6-2 EXTENDING TIME FOR DEFENDANT CHRISTIE'S INC.
TO RESPOND TO COMPLAINT TO AND INCLUDING JANUARY 23, 2009

60495615_1.DOC

Pursuant to Civil Local Rule 6-2, Plaintiff Halsey Minor, an individual ("Minor"), on the one hand, and defendant Christie's Inc. ("Christie's"), on the other hand, stipulate by and through their counsel that Christie's shall have an extension from January 12, 2009 to and including January 23, 2009 to respond to the Complaint. This is the first such requested extension, is limited to eleven days and does not effect the Court's calendar. The reasons for the extension are set forth with particularity in the attached Declaration of Rita M. Haeusler.

December 24, 2008

ERIC M. GEORGE
SYLVIA P. LARDIERE
DREIER STEIN KAHAN
BROWNE WOODS GEORGE LLP

By: _____
Eric M. George
Attorneys for Plaintiff
Halsey Minor

December 24, 2008

RITA M. HAEUSLER
HUGHES HUBBARD & REED LLP

By: _____
Rita M. Haeusler
Attorneys for Defendant
Christie's Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

January 12, 2009
~~December ___, 2008~~

_____
The Hon. James Larson
Chief Magistrate Judge

---

STIPULATION PURSUANT TO C.L.R. 6-2 EXTENDING TIME FOR DEFENDANT CHRISTIE'S INC.
TO RESPOND TO COMPLAINT TO AND INCLUDING JANUARY 23, 2009

60495615_1.DOC

# HAEUSLER DECLARATION

# DECLARATION OF RITA M. HAEUSLER IN SUPPORT OF STIPULATION EXTENDING TIME FOR DEFENDANT CHRISTIE'S INC TO RESPOND TO COMPLAINT

I, Rita M. Haeusler, declare:

1. I am a member in good standing of the State Bar of California, admitted to practice before this Court and a partner in the law firm of Hughes Hubbard & Reed LLP ("HHR"), attorneys for Defendant Christie's Inc. ("Christie's"). I make this declaration in support of the parties' stipulation pursuant to Civil Local Rule 6-2 to extend time for Christie's to respond to the complaint filed December 3, 2008 by Plaintiff Halsey M. Minor ("Complaint"). I make this declaration based upon my own personal knowledge and could testify competently to the facts stated herein if called as a witness.

2. Christie's retained HHR on December 19, 2008 to represent it in defense of this action. I received a copy of the complaint for the first time on Monday, December 22, 2008.

3. Due to the holidays, key representatives of Christie's are unavailable until January 5, 2009 to discuss the facts relating to this case.

4. The Complaint contains several claims, including claims for breach of fiduciary duty and fraud. In order to properly respond to the Complaint, it is crucial for HHR to be able to consult with Christie's personnel with knowledge of the relevant facts.

5. Plaintiff's counsel, Eric George, advised me by e-mail on Friday, December 19, 2008, that he does not believe that the Complaint has been served on Christie's. In exchange for a stipulation to extend time to respond to the Complaint to and including January 23, 2009, I agreed to accept service of the Complaint on behalf of Christie's on Monday, December 22, 2008. Based on accepting service on December 22, 2008, absent the requested extension, Christie's response would be

2

STIPULATION PURSUANT TO C.L.R. 6-2 EXTENDING TIME FOR DEFENDANT CHRISTIE'S INC. TO RESPOND TO COMPLAINT TO AND INCLUDING JANUARY 23, 2009

60495615_1.DOC

due on January 12, 2009, only 5 business days after Christie's employees return to work after the holidays.

6. The requested extension only extends Christie's time to respond for an additional 11 days.

7. This is the first requested extension.

8. The requested extension does not delay the Court's schedule in any way. The Initial Status Conference is scheduled for March 11, 2009, nearly seven weeks after Christie's will have responded to the Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on December 22, 2008.

_____
Rita M. Haeusler

---

3

STIPULATION PURSUANT TO C.L.R. 6-2 EXTENDING TIME FOR DEFENDANT CHRISTIE'S INC.
TO RESPOND TO COMPLAINT TO AND INCLUDING JANUARY 23, 2009

60495615_1.DOC