BROWNE WOODS GEORGE LLP
Eric M. George (State Bar No. 166403)
Sylvia P. Lardiere (State Bar No. 107425)
Mansi K. Shah (State Bar No.  234984)
Fox Plaza
2121 Avenue of the Stars, 24th Floor
Los Angeles, CA  90067
Tel:  310.274.7100 / Fax:  310.275.5697
Email:  egeorge@bwgfirm.com
       slardiere@bwgfirm.com
       mshah@bwgfirm.com

Attorneys for Plaintiff and Counter-Defendant
Halsey Minor

HUGHES HUBBARD & REED LLP
Rita M. Haeusler (State Bar No. 110574)
Josiah S. Trager (State Bar No. 259495)
350 South Grand Avenue, Suite 3600
Los Angeles, California 90071 -3442
Tel: (213) 613-2896 or 2800 / Fax: (213) 613-2950
Email: haeusler@hugheshubbard.com;
       trager@hugheshubbard.com

Attorneys for Defendant and Counterclaimant
Christie's Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 08 5445 WHA (Lead Case)<br>Case No. CV 09 0471 WHA<br><br>Assigned to William H. Alsup<br><br>JOINT STIPULATION & REQUEST FOR AN ORDER MODIFYING THE COURT'S ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND ALLOWING PLAINTIFF TO AMEND COMPLAINT; [DECLARATION OF JOSIAH S. TRAGER FILED HEREWITH]; AND ORDER<br><br>Date:      April 23, 2009<br>Time:     11:00 a.m.<br>Ctrm.:     9 |

CHRISTIE'S INC., a New York corporation,

Counterclaimant,

vs.

HALSEY MINOR, an individual, and ROES 1 through 20, inclusive,

Counter-Defendants.

TO THIS HONORABLE COURT:

Plaintiff and Counter-Defendant Halsey ("Minor") and Defendant and Counter-Claimant Christie's Inc. ("Christie's") jointly declare and submit the following Stipulation and Request for an order modifying the Initial Case Management Conference set forth in the Court's prior Scheduling Trial Order of filed March 10, 2009 (the "Court's Order"), pursuant to Civil Local Rule 6-2.

STIPULATION

WHEREAS, the Court's Order currently sets the Case Management Conference in the above titled action for March 26, 2009 at 11:00 a.m.;

WHEREAS, counsel for Christie's has an unavoidable client conflict on March 26, 2009;

WHEREAS, the Court clerk requests that all Case Management Conferences be held on Thursdays;

WHEREAS, counsel for Christie's and counsel for Minor have reviewed their respective schedules and determined that calendaring conflicts prevent their mutual availability on any Thursday prior to April 23, 2009;

WHEREAS, counsel for Minor has stated their intention to amend Minor's complaint in this action and has sought Christie's consent to allow the amendment;

WHEREAS, counsel for Christie's consents to allow Minor to amend his complaint;

WHEREAS, the case is in its infancy and this is the parties' first request to reschedule a Court appearance;

1

1   WHEREAS, this is the Initial Case Management conference, the schedule for the case is
2   not set and therefore, there are no scheduled dates in this matter that will be affected by this
3   modification.

4   IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR COUNSEL OF
5   RECORD THAT:

6   The Case Management Conference currently set for March 26, 2009 at 11:00 a.m.
7   be rescheduled for April 23, 2009 at 11:00 a.m.; and

8   Minor shall be granted leave of the Court to amend his complaint by March 26,
9   2009.

10   Nothing herein shall serve as a waiver of any party's claims or defenses in this matter.

11   Dated: March 16, 2009                        BROWNE WOODS GEORGE LLP
12

13                                               By: _____/s/_____
14                                                     Sylvia P. Lardiere
                                                  Attorneys for Plaintiff & Counter-Defendant
15                                                           Halsey Minor
16

17   Dated:  March 16, 2009                       HUGHES HUBBARD & REED LLP
18

19                                               By:_____/s/_____
20                                                     Rita M. Haeusler
                                                  Attorneys for Defendant and Counter-Claimant
21                                                         Christie's Inc.

22                                    **ORDER**
23   PURSUANT TO STIPULATION, IT IS SO ORDERED.

24   Dated:  March 16, 2009.
25                                               _____
                                                 THE HONORABLE WILLIAM ALSUP
26                                               UNITED STATES DISTRICT JUDGE

27   The amended complaint must be filed by April 16, 2009.  The case management conference is
     continued to April 23, 2009, at 11:00.  Please do not ask for any further continuances.
28

2

**TRAGER DECLARATION**

1

---

## DECLARATION OF JOSIAH S. TRAGER

---

2

3       I, Josiah S. Trager, hereby declare as follows:

4       1.      I am a member in good standing of the State Bar of California and the Bar of the

5   State of New York and am admitted to practice before this Court.  I am associated with the firm

6   of Hughes Hubbard & Reed LLP, attorneys of record for Defendant and Counter-Claimant

7   Christie's Inc. ("Christie's").  I make this declaration pursuant to Local Rule 6-2(a) in support of

8   the parties' Joint Stipulation & Request for an Order Modifying the Court's Order Scheduling

9   Initial Case Management Conference and Allowing Plaintiff to Amend Complaint (the

10   "Stipulation").  The facts set forth herein are within my own personal knowledge, and if called as

11   a witness could and would testify competently thereto.

12       2.      This case and the related case of *Christie Manson and Woods v. Minor* (09-cv-

13   00471) are both in their infancy – indeed, the stipulated time for Minor to answer the complaint

14   in the related action has not yet passed.  After re-assignment of both of these actions from the

15   Honorable James Larson, Magistrate Judge, this Court – on March 10, 2009 – issued a notice

16   scheduling the Initial Case Management Conference (the "CMC") for 11:00 a.m. on Thursday,

17   March 26, 2009.

18       3.      Counsel for Christie's who will be handling the CMC on behalf of Christie's has

19   two court appearances in Los Angeles in other matters scheduled for that day.  As such, I

20   contacted Ms. Mansi Shah at Browne Woods George to request their assistance in rescheduling.

21   In coordinating schedules, it appeared that both parties would be available the following day

22   (Friday, March 27, 2009).  Ms. Shah contacted the Court's clerk and informed me that a

23   recording on the clerk's voicemail stated that Case Management Conferences are only scheduled

24   for Thursdays.  As such, Ms. Shah and I began coordinating schedules for a mutually available

25   Thursday.  The first mutually available Thursday for both parties is April 23, 2009.

26       4.      Counsel for Christie's is available the following Thursday, April 2, 2009, but

27   counsel for Minor is not.  Likewise, Counsel for Minor is available the Thursday after that –

28

---

April 9, 2009, but Counsel for Christie's is not.  Similarly, Counsel for Christie's is available the following Thursday, April 16, 2009, but counsel for Minor is not.

5.      Since both parties' counsel are available on April 23, 2009, they therefore request that the CMC be scheduled for that date.  Both parties are reluctant to postpone the CMC for nearly a month, but this is the first mutually available Thursday.

6.      Ms. Shah stated to me that Minor intends to seek leave to amend his complaint. Christie's does not object.

7.      This is the parties' first request to reschedule a Court appearance;

8.      As this is the Initial CMC, the schedule for the case is not yet set and therefore, there are no scheduled dates in this matter that will be affected by this modification.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed in Los Angeles, California on March 16, 2009.

_____
Josiah S. Trager

JOINT STIPULATION & REQUEST FOR AN ORDER MODIFYING THE COURT'S ORDER SCHEDULING
INITIAL CASE MANAGEMENT CONFERENCE AND ALLOWING PLAINTIFF TO AMEND COMPLAINT