BROWNE WOODS GEORGE LLP
Eric M. George (State Bar No. 166403)
Sylvia P. Lardiere (State Bar No. 107425)
Mansi K. Shah (State Bar No. 234984)
Fox Plaza
2121 Avenue of the Stars, 24th Floor
Los Angeles, CA 90067
Tel: 310.274.7100 / Fax: 310.275.5697
Email: egeorge@bwgfirm.com
       slardiere@bwgfirm.com
       mshah@bwgfirm.com

Attorneys for Plaintiff and Counter-Defendant
Halsey Minor

HUGHES HUBBARD & REED LLP
Rita M. Haeusler (State Bar No. 110574)
Josiah S. Trager (State Bar No. 259495)
350 South Grand Avenue, Suite 3600
Los Angeles, California 90071-3442
Tel: (213) 613-2896 or 2800 / Fax: (213) 613-2950
Email: haeusler@hugheshubbard.com;
       trager@hugheshubbard.com

Attorneys for Defendant and Counterclaimant
Christie's Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | **Case No. CV 08 5445 WHA (Lead Case)**<br>Case No. CV 09 0471 WHA<br><br>Assigned to William H. Alsup<br><br>STIPULATION PURSUANT TO C.L.R. 6-2 EXTENDING TIME FOR DEFENDANT CHRISTIE'S INC. TO RESPOND TO FIRST AMENDED COMPLAINT TO AND INCLUDING APRIL 13, 2009; DECLARATION OF RITA M. HAEUSLER IN SUPPORT |

STIPULATION PURSUANT TO C.L.R. 6-2 EXTENDING TIME FOR DEFENDANT CHRISTIE'S INC
TO RESPOND TO FIRST AMENDED COMPLAINT TO AND INCLUDING APRIL 13, 2009

60611900_1.DOC

CHRISTIE'S INC., a New York corporation,

        Counterclaimant,

vs.

HALSEY MINOR, an individual, and ROES 1 through 20, inclusive,

        Counter-Defendants.

Pursuant to Civil Local Rule 6-2, Defendant Christie's Inc. a New York Corporation ("Christie's") on the one hand, and Plaintiff Halsey Minor, an individual ("Minor"), on the other hand, stipulate by and through their counsel that Christie's shall have an extension from March 30, 2009 to and including April 13, 2009 to respond to the First Amended Complaint. This is the first such requested extension to respond to the First Amended Complaint, is limited to twenty days and does not affect the Court's calendar. The reasons for the extension are set forth with particularity in the attached Declaration of Rita M. Haeusler.

March 26, 2009        ERIC M. GEORGE
                            SYLVIA P. LARDIERE
                            BROWNE WOODS GEORGE LLP

                            By: _____s/s_____
                                    Sylvia P. Lardiere
                          Attorneys for Plaintiff & Counter-Defendant
                                    Halsey Minor

March 26, 2009        RITA M. HAEUSLER
                            JOSIAH S. TRAGER
                            HUGHES HUBBARD & REED LLP

                            By: _____s/s_____
                                    Rita M. Haeusler
                          Attorneys for Defendant and Counter-Claimant
                                    Christie's Inc.

2

STIPULATION PURSUANT TO C.L.R. 6-2 EXTENDING TIME FOR DEFENDANT CHRISTIE'S INC
TO RESPOND TO FIRST AMENDED COMPLAINT TO AND INCLUDING APRIL 13, 2009

60611900_1.DOC

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED,

3 | Dated: March  27 , 2009.



THE HONORABLE
UNITED STATES DISTRICT JUDGE

Judge William Alsup

3

STIPULATION PURSUANT TO C.L.R. 6-2 EXTENDING TIME FOR DEFENDANT CHRISTIE'S INC
TO RESPOND TO FIRST AMENDED COMPLAINT TO AND INCLUDING APRIL 13, 2009

60611900_1.DOC

**HAEUSLER DECLARATION**

# DECLARATION OF RITA M. HAEUSLER IN SUPPORT OF STIPULATION EXTENDING TIME FOR DEFENDANT CHRISTIE'S INC TO RESPOND TO COMPLAINT

I, Rita M. Haeusler, declare:

1. I am a member in good standing of the State Bar of California, admitted to practice before this Court and a partner in the law firm of Hughes Hubbard & Reed LLP ("HHR"), attorneys for Defendant Christie's Inc. ("Christie's"). I make this declaration in support of the parties' stipulation pursuant to Civil Local Rule 6-2 to extend time for Christie's to respond to the First Amended Complaint filed March 20, 1009 by Plaintiff Halsey M. Minor ("First Amended Complaint"). I make this declaration based upon my own personal knowledge and could testify competently to the facts stated herein if called as a witness.

2. By joint stipulation of the parties, on March 16, 2009, the Court scheduled the Initial Status Conference for April 23, 2009 at 11:00a.m. and granted Minor leave to amend his complaint until April 16, 2009. Minor amended his complaint on March 20, 2009.

3. The First Amended Complaint contains several new claims relating to information previously not alleged in the prior complaint. In order to properly respond to the Complaint, it is crucial for HHR to be able to consult with Christie's personnel with knowledge of the relevant facts.

4. The requested extension only extends Christie's time to respond for an additional 14 days.

5. This is the first requested extension to respond to the First Amended Complaint. Previously, Christie's has been given a short extension to respond to Minor's initial Complaint to account for the December, 2008 holidays. In the related of action of *Christie Manson & Woods v. Minor* (09-cv-00471), Minor was given a short extension to answer the complaint in that action and the parties

STIPULATION PURSUANT TO C.L.R. 6-2 EXTENDING TIME FOR DEFENDANT CHRISTIE'S INC TO RESPOND TO FIRST AMENDED COMPLAINT TO AND INCLUDING APRIL 13, 2009

60611900_1.DOC

have jointly stipulated and received a continuance of the Initial Status Conference to address counsels' scheduling conflicts.

6. The requested extension does not delay the Court's schedule in any way because by the terms of this stipulation, Christie's will still file its answer prior to the April 23, 2009 Initial Status Conference date.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on March 26, 2009.

                                                                   s/s
                                                Rita M. Haeusler