# UNITED STATES DISTRICT COURT

## Northern District of California

Halsey Minor,

                    Plaintiff (s),

     V.

Christie's Inc.,

                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** CV08-5445 WHA

Notice is hereby given that, subject to approval by the court, __Christie's Inc.__ substitutes
(Party (s) Name)

__Raoul Dion Kennedy__, State Bar No. __40892__ as counsel of record in
(Name of New Attorney)

place of __Rita M. Haeusler/Hughes Hubbard & Reed LLP.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Skadden, Arps, Slate, Meagher & Flom LLP
    Address: Four Embarcadero Center, Suite 3800, San Francisco, CA 94111
    Telephone: (415) 984-6400  Facsimile (415) 984-2698
    E-Mail (Optional): rkennedy@skadden.com

I consent to the above substitution.

Date: April 9, 2009  (Signature of Party (s))

I consent to being substituted.

Date: April 6, 2009  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: April 7, 2009  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: April 13, 2009

IT IS SO ORDERED
Judge William Alsup

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

60623716_1.DOC