JOSE R. ALLEN (State Bar No. 122742)
JOAN E. SHREFFLER (State Bar No. 245629)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
jrallen@skadden.com
jshreffl@skadden.com

Attorneys for Defendant and Counterclaimant CHRISTIE'S INC.
and for Plaintiff CHRISTIE MANSON & WOODS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIE'S INC., a New York Corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendant.<br><br>CHRISTIE'S INC., a New York Corporation,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>HALSEY MINOR, an individual, and ROES 1 through 20, inclusive,<br><br>　　　　　Counter-Defendants. | CASE NO.: CV 08 5445 WHA (Lead Case)<br>CASE NO.: CV 09 0471 WHA<br><br>Assigned to Hon. William H. Alsup<br><br>**[PROPOSED] ORDER RE: STIPULATION REGARDING EXTENSION OF DISCOVERY DEADLINES** |

Having reviewed and considered the parties' Joint Stipulation and Request for Order Extending Discovery Deadlines, and good cause appearing therefor, the Court hereby ORDERS as follows:

1. The cut-off date for non-expert discovery shall be extended from January 29, 2010 to March 26, 2010;

2. The deadline for designation of expert testimony and disclosure of full expert reports shall be extended from January 29, 2010 to March 26, 2010;

3. All expert opposition reports shall be served fourteen calendar days after the disclosure of the opposing party's opening expert report, and any expert reply reports shall be served seven calendar days after disclosure of the opposing party's expert opposition report. All expert discovery shall be completed fourteen calendar days after the deadline for the disclosure of expert reply reports.

IT IS SO ORDERED.

DATED: January 21, 2010



_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE