```
 1  JOSE R. ALLEN (State Bar No. 122742)
    JOAN E. SHREFFLER (State Bar No. 245629)
 2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    Four Embarcadero Center, Suite 3800
 3  San Francisco, California 94111-4144
    Telephone: (415) 984-6400
 4  Facsimile:  (415) 984-2698
    jrallen@skadden.com
 5  jshreffl@skadden.com

 6  Attorneys for Defendant and Counterclaimant CHRISTIE'S INC.
    and for Plaintiff CHRISTIE MANSON & WOODS, LTD.
 7
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HALSEY MINOR, an individual, | CASE NO.: CV 08 5445 WHA (Lead Case) |
| Plaintiff, | CASE NO.: CV 09 0471 WHA |
| v. | Assigned to Hon. William H. Alsup |
| CHRISTIE'S INC., a New York Corporation, and DOES 1 through 20, inclusive, | **[PROPOSED] ORDER RE: STIPULATION REGARDING EXTENSION OF DISCOVERY DEADLINES** |
| Defendant. | |
| CHRISTIE'S INC., a New York Corporation, | |
| Counter-Claimant, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Counter-Defendants. | |

---

**[PROPOSED] ORDER RE: STIPULATION REGARDING EXTENSION OF DISCOVERY**         CV 08 5445 WHA

1 | Having reviewed and considered the parties' Joint Stipulation and Request for Order
2 | Extending Discovery Deadlines, and good cause appearing therefor, the Court hereby ORDERS as
3 | follows:

4 |     1.    The cut-off date for non-expert discovery shall be extended from January 29,
5 | 2010 to March 26, 2010;

6 |     2.    The deadline for designation of expert testimony and disclosure of full
7 | expert reports shall be extended from January 29, 2010 to March 26, 2010;

8 |     3.    All expert opposition reports shall be served fourteen calendar days after the
9 | disclosure of the opposing party's opening expert report, and any expert reply reports shall be
10 | served seven calendar days after disclosure of the opposing party's expert opposition report. All
11 | expert discovery shall be completed fourteen calendar days after the deadline for the disclosure of
12 | expert reply reports.

13 | IT IS SO ORDERED.

14 | DATED: January 21, 2010



HONO_____
UNITE_____
                                    GE

IT IS SO ORDERED
Judge William Alsup

[PROPOSED] ORDER RE: STIPULATION REGARDING EXTENSION OF DISCOVERY    CV 08 5445 WHA
219356.01-San Francisco Server 1A - MSW