IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>      Defendants.<br>                                  /<br><br>CHRISTIE'S INC., a New York corporation,<br><br>      Counterclaimant,<br><br>  v.<br><br>HALSEY MINOR, an individual, and ROES 1 through 20, inclusive,<br><br>      Counterdefendants.<br>                                  / | No. C 08-05445 WHA (Lead Case)<br><br>Consolidated with:<br><br>No. C 09-00471 WHA<br><br>**ORDER DENYING MOTION FOR LEAVE TO MOVE FOR SUMMARY JUDGMENT** |

       The dispositive motion deadline has long since passed and — as discussed at the final pretrial conference — factual disputes appear prevalent. For these reasons, Christie's request for leave to file a motion for summary judgment is **DENIED**.

       **IT IS SO ORDERED.**

Dated: April 26, 2010.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE