BROWNE WOODS GEORGE LLP
Eric M. George (State Bar No. 166403)
egeorge@bwgfirm.com
Sylvia P. Lardiere (State Bar No. 107425)
slardiere@bwgfirm.com
2121 Avenue of the Stars, 24th Floor
Los Angeles, CA 90067
Tel: 310.274.7100 / Fax: 310.275.5697

Attorneys for Plaintiff and
Counter-Defendant Halsey Minor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIE'S, INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>CHRISTIE'S INC., a New York corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>HALSEY MINOR, an individual, and ROES 1 through 20, inclusive,<br><br>Counterdefendants. | Case No. CV 08 5445 WHA (Lead Case)<br>Case No. CV 09 0471 JL<br>Assigned For All Purposes To:<br>Hon. William H. Alsup<br><br>**REQUEST FOR PERMISSION TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR USE AT TRIAL SET FOR MAY 10, 2010;**<br><br>**[PROPOSED] ORDER GRANTING PERMISSION TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTROOM WITH MODIFICATIONS**<br><br>Trial:<br><br>Date: May 10, 2010<br>Time: 7:30 a.m.<br>Place: Courtroom: 9<br><br>Date Action Filed: December 3, 2008 |

245813_1.DOC

REQUEST AND [PROPOSED] ORDER GRANTING PERMISSION TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTROOM

# REQUEST FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM

Plaintiff and Counter-Defendant Halsey Minor ("Minor"), through and by his attorneys of record, Browne Woods George LLP, hereby requests permission to allow electronic equipment to be brought into the courtroom for use of trial, which is set to begin Monday, May 10, 2010 at 7:30 a.m., in Courtroom 9. Should permission be granted, representatives of Merrill Corporation will be brining in the electronic equipment listed below on May 7th, 2010 at around ~~10:00 a.m.~~ **2:00 p.m.**

The equipment Minor requests permission to allow into the courtroom to use at trial is as follows: two (2) laptops and audio speakers; one (1) 15 inch flat panel monitor; one (1) digital projector; one (1) projector screen, 80 inches; one (1) ELMO; possibly a folding table; and miscellaneous cables and connectors.

## ~~[PROPOSED]~~ ORDER

Having considered Minor's request for permission to allow electronic equipment to be brought into the courtroom for use at trial, and for good cause appearing, permission to allow electronic equipment in Courtroom 9 is **GRANTED.**

The equipment to brought into the courtroom is as follows: two (2) laptops and audio speakers; one (1) 15 inch flat panel monitor; one (1) digital projector; one (1) projector screen, 80 inches; one (1) ELMO; possibly a folding table; and miscellaneous cables and connectors.

**IT IS SO ORDERED**

Dated: April 29, 2010    
William
United

Respectfully submitted:
BROWNE WOODS GEORGE LLP
    Eric M. George
    Sylvia P. Lardiere

By   /s/ Sylvia P. Lardiere
        Sylvia P. Lardiere

Attorneys for Plaintiff and Counter-Defendant Halsey Minor
245813_1.DOC                                -1-

REQUEST AND ~~[PROPOSED]~~ ORDER GRANTING PERMISSION TO ALLOW ELECTRONIC EQUIPMENT INTO COURTROOM