JOSÉ R. ALLEN (Bar No. 122742)
RICHARD J. ZUROMSKI, JR. (Bar No. 227569)
JOAN E. SHREFFLER (Bar No. 245629)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: jrallen@skadden.com; rzuromsk@skadden.com; jshreffl@skadden.com

Attorneys for Defendant and Counterclaimant CHRISTIE'S INC.
and for Plaintiff CHRISTIE MANSON & WOODS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIE'S INC., a New York Corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO.: CV 08 5445 WHA (Lead Case)<br>CASE NO.: CV 09 0471 WHA<br><br>Assigned to Hon. William H. Alsup<br><br>**~~[PROPOSED]~~ ORDER GRANTING CHRISTIE'S PERMISSION TO USE ELECTRONIC EQUIPMENT AT TRIAL**<br><br>Pretrial Conference: April 19, 2010<br>Trial Date: May 10, 2010 |
| CHRISTIE'S INC., a New York corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>HALSEY MINOR, an individual, and DOES 1 through 20, inclusive,<br><br>Counter-Defendants. | |

# [~~PROPOSED~~] ORDER

Having considered Christie's request for permission to use electronic equipment during trial scheduled to begin at 7:30 a.m. on May 10, 2010 in Courtroom 9, and for good cause appearing, permission to use the requested equipment is GRANTED. The equipment to be used is as follows: four (4) laptop computers; one (1) portable printer; three (3) external hard drives; one (1) small equipment table; and associated cabling and switches. The use of the following display equipment will be shared between the parties in this litigation: one (1) 15 inch flat panel monitor; one (1) digital projector; one (1) projector screen; and one (1) ELMO. All equipment shall be installed on May 7, 2010 and removed upon completion of the trial.

IT IS SO ORDERED.

DATED: May 3, 2010. ______________________

UNITED STATES DISTRICT COURT
APPROVED
Judge William Alsup
NORTHERN DISTRICT OF CALIFORNIA

Respectfully submitted,

JOSÉ R. ALLEN
RICHARD J. ZUROMSKI, JR.
JOAN E. SHREFFLER
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800

Attorneys for Defendant and Cross-Complainant
CHRISTIE'S INC. and Plaintiff CHRISTIE MANSON & WOODS LTD.