United States District Court
For the Northern District of California

1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8   HALSEY MINOR, an individual,                No. C 08-05445 WHA (Lead Case)

9            Plaintiff,                          Consolidated with:

10    v.                                          No. C 09-00471 WHA

11  CHRISTIE'S INC., a New York
    corporation, and DOES 1 through 20,
12  inclusive,                                    **ORDER REGARDING MOTION
                                                  FOR PROTECTIVE ORDER**
13           Defendants.
                                    /
14

15  CHRISTIE'S INC., a New York
    corporation,
16
             Counterclaimant,
17
      v.
18
    HALSEY MINOR, an individual, and
19  ROES 1 through 20, inclusive,

20           Counterdefendants.
                                    /
21

22           Plaintiff's motion for a protective order regarding the trial subpoena served on Raymond

23  Thornson, the accountant of plaintiff Halsey Minor, has been received.  An opposition must be

24  filed no later than NOON ON FRIDAY, MAY 7, 2010.

25

26           **IT IS SO ORDERED.**

27

28  Dated: May 6, 2010.
                                          _____
                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE