IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual, | No. C 08-05445 WHA (Lead Case) |
| Plaintiff, | Consolidated with: |
| v. | No. C 09-00471 WHA |
| CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | **ORDER REGARDING DEFENDANT'S *DAUBERT* MOTION REGARDING THE EXPERT TESTIMONY OF BEVERLY SCHREIBER** |
| CHRISTIE'S INC., a New York corporation, | |
| Counterclaimant, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Counterdefendants. | |

Defendant's *Daubert* motion targeting the expert testimony of Beverly Schreiber has been received. An opposition must be filed no later than **NOON ON MAY 10, 2010**.

**IT IS SO ORDERED.**

Dated: May 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE