IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HALSEY MINOR,

    Plaintiff,

v.

CHRISTIE'S INC.,

    Defendant.

No. C 08-05445 WHA

**ORDER TO JURY COMMISSIONER**

IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

Dated: May 10, 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE