IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／<br>AND RELATED COUNTERCLAIMS.<br>　　　　　　　　　　　　　　　　／ | No. C 08-05445 WHA (Lead Case)<br><br>Consolidated with:<br><br>No. C 09-00471 WHA<br><br>**ORDER REGARDING DEPOSITION DESIGNATIONS** |

　　　The Court has reviewed the Gladstone deposition designations submitted by counsel. In making these designations, counsel did *not* follow the procedures set forth in paragraph 20 of the undersigned's "Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases." As a result of this failure, it was difficult for the Court to know what has and has not been objected to by counsel. Nevertheless, the undersigned worked through the Gladstone deposition designations and it is ready to be picked up from the Court's deputy clerk, Dawn Toland. The undersigned, however, did *not* attempt to review the Blaine deposition designations and will not do so until the procedures set forth in paragraph 20 of the guidelines have been followed. The Blaine deposition designations are also available for immediate pickup from Ms. Toland.

　　　**IT IS SO ORDERED.**

Dated: May 12, 2010.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE