IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/<br>CHRISTIE, MANSON & WOODS, LTD., a United Kingdom corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>HALSEY MINOR, an individual, and ROES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | No. C 08-05445 WHA<br><br><br><br><br><br>*Consolidated with:*<br><br><br><br><br>No. C 09-00471 WHA |

**PROPOSED SPECIAL VERDICT FORM**

**FOR MAY 19 CHARGING CONFERENCE**

YOU MAY APPROACH THE FOLLOWING QUESTIONS IN ANY ORDER YOU WISH, BUT YOUR ANSWERS MUST BE **UNANIMOUS**. APPLY THE INSTRUCTIONS GIVEN TO YOU TO ANSWER THESE QUESTIONS.

1. Regarding the Richard Prince artworks:

    a. Is Christie's Inc. liable to Halsey Minor on his claim for conversion?

        Yes   _____        No   _____

    b. If "Yes," what damages has Halsey Minor proven for this claim?

        $ _____

    c. Is Christie's Inc. liable to Halsey Minor for breach of a contract of bailment?

        Yes   _____        No   _____

    d. If "Yes," what damages has Halsey Minor proven for this claim?

        $ _____

    e. Is Christie's Inc. liable to Halsey Minor for making a false promise?

        Yes   _____        No   _____

f.  If "Yes," what damages has Halsey Minor proven for this claim?

$ _____

g.  If you awarded any damages for more than one of the above claims pertaining to the Prince artworks, state the minimum award that will eliminate any double counting of the same damage item(s) and yet fully compensate Halsey Minor for all damage items included in any of your awards:

$ _____

h.  If you answered "Yes" to Questions 1(a) or 1(e) above, has Halsey Minor proven *by clear and convincing evidence* that punitive damages should be imposed on Christie's Inc. for its conduct regarding the Prince artworks?

Yes _____    No _____

(If your answer to Question 1(h) is "Yes," a short supplemental proceeding will take place to decide the amount of punitive damages.)

2.  Regarding the April artworks:

a.  Is Christie's Inc. liable to Halsey Minor on his claim for conversion?

Yes _____    No _____

    b.    If "Yes," has Halsey Minor proven his entitlement to one dollar in nominal damages?

            Yes  _____        No  _____

    c.    If you answered "Yes" to Questions 2(a) and 2(b), has Halsey Minor proven *by clear and convincing evidence* that punitive damages should be imposed on Christie's Inc. for its conduct regarding the April artworks?

            Yes  _____        No  _____

        (If your answer to Question 2(h) is "Yes," a short supplemental proceeding will take place to decide the amount of punitive damages.)

3.    Regarding the May artworks:

    a.    Is Halsey Minor liable to Christie's Inc. on its claim for breach of contract?

            Yes  _____        No  _____

    b.    If "Yes," what damages has Christie's Inc. proven for this claim?

            $ _____

    c.    Is Halsey Minor liable to Christie's Inc. on its claim for making a false promise?

        Yes  _____        No  _____

    d.    If "Yes," what damages has Christie's Inc. proven for this claim?

        $ _____

    e.    Is Halsey Minor liable to Christie's Inc. on its claim for negligent misrepresentation?

        Yes  _____        No  _____

    f.    If "Yes," what damages has Christie's Inc. proven for this claim?

        $ _____

    g.    If you awarded any damages for more than one of the above claims pertaining to the May artworks, state the minimum award that will eliminate any double counting of the same damage item(s) and yet fully compensate Christie's Inc. for all damage items included in any of your awards:

        $ _____

      h.     If you answered "Yes" to Question 3(c) above, has Christie's Inc. proven *by clear and convincing evidence* that punitive damages should be imposed on Halsey Minor for his conduct regarding the May artworks?

              Yes  _____        No  _____

           (If your answer to Question 3(h) is "Yes," a short supplemental proceeding will take place to decide the amount of punitive damages.)

4.    Regarding the July artworks:

      a.     Is Halsey Minor liable to Christie, Manson & Woods on its claim for breach of contract?

              Yes  _____        No  _____

      b.     If "Yes," what damages has Christie, Manson & Woods proven for this claim?

              $ _____

      c.     Is Halsey Minor liable to Christie, Manson & Woods on its claim for making a false promise?

              Yes  _____        No  _____

     d.    If "Yes," what damages has Christie, Manson & Woods proven for this claim?

$ _____

     e.    Is Halsey Minor liable to Christie, Manson & Woods on its claim for negligent misrepresentation?

Yes  _____         No  _____

     f.    If "Yes," what damages has Christie, Manson & Woods proven for this claim?

$ _____

     g.    If you awarded any damages for more than one of the above claims pertaining to the May artworks, state the minimum award that will eliminate any double counting of the same damage item(s) and yet fully compensate Christie, Manson & Woods for all damage items included in any of your awards:

$ _____

7

h.  If you answered "Yes" to Question 4(c) above, has Christie, Manson & Woods proven *by clear and convincing evidence* that punitive damages should be imposed on Halsey Minor for his conduct regarding the July artworks?

Yes  _____    No  _____

(If your answer to Question 4(h) is "Yes," a short supplemental proceeding will take place to decide the amount of punitive damages.)

**CONCLUSION**

ONCE YOU HAVE FINISHED ANSWERING ALL QUESTIONS UNANIMOUSLY, PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM, THEN CONTACT THE DEPUTY MARSHAL TO INFORM HIM OR HER THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

Dated: May _____ , 2010.                    _____
                                                                    **FOREPERSON**