IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>    /<br>AND RELATED COUNTERCLAIMS.<br>    / | No. C 08-05445 WHA (Lead Case)<br><br>Consolidated with:<br><br>No. C 09-00471 WHA<br><br>**ORDER REGARDING ACCOUNTING DOCUMENTS** |

    The Court has received a request from Attorney Doug Dexter of Farella Braun + Martel on behalf of Mr. Minor's accountant, Raymond Thornson, to retrieve the box of accounting documents produced by Mr. Thornson and reviewed by the undersigned during trial. As soon as a verdict is returned, Attorney Dexter may retrieve the box from chambers on the condition that the documents be kept together and maintained for 28 days, after which the documents may be disseminated. The box of documents will not include the handful of documents (WTAS334 through WTA342) pertaining to the April 7 balance sheet which the Court provided to counsel for Christie's Inc. during trial.

**IT IS SO ORDERED.**

Dated: May 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE