**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual, | No. C 08-05445 WHA |
| Plaintiff, | *Consolidated with:* |
| v. | No. C 09-00471 WHA |
| CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive, | |
| Defendants. / | **JUDGMENT** |
| AND RELATED COUNTERCLAIMS. / | |
| CHRISTIE, MANSON & WOODS, LTD., a United Kingdom corporation, | |
| Plaintiff, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Defendants. / | |

Based on the accompanying jury verdicts, judgment is hereby entered as follows:

1. In Case No. 08-05445, judgment is entered in favor of plaintiff Halsey Minor and against defendant Christie's Inc. in the total amount of $8,570,000.

2. In Case No. 08-05445, judgment is entered in favor of counterclaimant Christie's Inc. and against counterdefendant Halsey Minor in the total amount of $417,000.

3. In Case No. 09-00471, judgment is entered in favor of plaintiff Christie, Manson & Woods and against defendant Halsey Minor in the total amount of $994,716.06.

**IT IS SO ORDERED.**

Dated: May 21, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE