IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　/<br>AND RELATED COUNTERCLAIMS.<br>　　　　　　　　　　　　　　　　　　　　　/ | No. C 08-05445 WHA (Lead Case)<br><br>Consolidated with:<br><br>No. C 09-00471 WHA<br><br>**ORDER REGARDING ONE-PAGE ILLUSTRATIVE DOCUMENTS SUBMITTED TO THE JURY** |

　　　　For the sake of completeness of the record, counsel from both sides shall file copies of their respective one-page illustrative timelines and damages estimates that were provided to the jury prior to deliberation **BY NOON ON MONDAY, MAY 24, 2010**.

**IT IS SO ORDERED.**

Dated: May 21, 2010.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE