United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/<br>CHRISTIE, MANSON & WOODS, LTD., a United Kingdom corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HALSEY MINOR, an individual, and ROES 1 through 20, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C 08-05445 WHA (Lead Case)<br><br>Consolidated with:<br><br>No. C 09-00471 WHA<br><br><br>**AMENDED JUDGMENT** |

　　　Based on the accompanying jury verdicts, judgment is hereby entered as follows:

　　　1.　　In Case No. 08-05445, judgment is entered in favor of plaintiff Halsey Minor and against defendant Christie's Inc. in the total amount of $8,570,001.

2. In Case No. 08-05445, judgment is entered in favor of counterclaimant Christie's Inc. and against counterdefendant Halsey Minor in the total amount of $417,000.

3. In Case No. 09-00471, judgment is entered in favor of plaintiff Christie, Manson & Woods and against defendant Halsey Minor in the total amount of $994,716.06.

4. As between the parties to this action, Halsey Minor has the superior right to ownership and possession of the April artworks.

**IT IS SO ORDERED.**

Dated: July 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2