IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/<br>CHRISTIE, MANSON & WOODS, LTD., a United Kingdom corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>HALSEY MINOR, an individual, and ROES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | No. C 08-05445 WHA (Lead Case)<br><br>Consolidated with:<br><br>No. C 09-00471 WHA<br><br><br><br>**ORDER ON STIPULATION TO CONTINUE HEARING DATE** |

The stipulated request to continue the hearing this week is **DENIED AS MOOT**. All motions scheduled for oral argument this week have been resolved.

**IT IS SO ORDERED.**

Dated: July 12, 2010.

                                                  WILLIAM ALSUP<br>                                                UNITED STATES DISTRICT JUDGE