<div style="float:left">United States District Court<br>For the Northern District of California</div>

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   HALSEY MINOR, an individual,
11            Plaintiff,
12      v.                                           No. C 08-05445 WHA
13   CHRISTIE'S INC., a New York                         and
     corporation, and DOES 1 through 20,
14   inclusive,                                      No. C 09-00471 WHA
15            Defendants.
16   _____/
17   CHRISTIE'S, INC., a New York
     corporation,                                    **NOTICE AND ORDER RE PENDING**
18                                                   **MOTION TO WITHDRAW**
              Counterclaimant,
19
        v.
20
     HALSEY MINOR, an individual, and
21   ROES 1 through 20, inclusive,
22            Counterdefendants.
     _____/
23
24       With respect to the pending motion to withdraw as counsel, the Court has noticed that the
25   motion was *not* served on plaintiff Halsey Minor. Plaintiff has a right to participate and be heard
26   on the motion. It is not enough to simply serve the motion on opposing counsel, as indicated in
27
28

the proof of service. Movant should cure this problem and make sure that plaintiff Halsey Minor has proper and timely notice before the hearing.

**IT IS SO ORDERED.**

Dated: August 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE