**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual, | |
| Plaintiff, | |
| v. | No. C 08-05445 WHA |
| CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive, | and |
| | No. C 09-00471 WHA |
| Defendants. / | |
| CHRISTIE'S, INC., a New York corporation, | **ORDER REGARDING UPCOMING HEARING ON MOTION TO WITHDRAW AS COUNSEL** |
| Counterclaimant, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Counterdefendants. / | |

With respect to the upcoming hearing on Browne Woods George LLP's motion to withdraw as counsel, movant is required to make every effort to ensure that his client, Halsey Minor, is present at Thursday's hearing. Movant must also remember that there is no automatic right to withdraw as counsel and that the Court itself has a significant interest in retaining the assistance of counsel for Mr. Minor in bringing this case to a close.

At the hearing, counsel should be prepared to address whether the motion and supporting declaration filed thus far warrant the relief requested. All the undersigned judge has been told is that "[c]ircumstances and events the Firm is not at liberty to reveal (due to the mandates, among other sources, of the attorney-client privilege) have impaired the relationship and all communications between the Firm and Mr. Minor." Additionally, until and unless movant is relieved as counsel, all Court-ordered deadlines must be followed. Counsel should *not* have attempted to stipulate around the schedule set forth in the order regarding attorney's fees and costs to leave the remaining tasks for replacement counsel (Dkt. Nos. 181, 201). This issue will also be addressed at Thursday's hearing.

**IT IS SO ORDERED.**

Dated: August 30, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE