United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual, | No. C 08-05445 WHA |
| Plaintiff, | and |
| v. | No. C 09-00471 WHA |
| CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive, | |
| Defendants. / | **ORDER REGARDING RENEWED MOTION TO WITHDRAW AS COUNSEL** |
| CHRISTIE'S, INC., a New York corporation, | |
| Counterclaimant, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Counterdefendants. / | |

Counsel for Halsey Minor shall ensure that all documents pertaining to the renewed motion to withdraw — including those filed under seal and a copy of this order — are served on Mr. Minor immediately. Mr. Minor shall have until October 4, 2010, to file a written response to each of the points raised in counsel's motion to withdraw. Mr. Minor's written response should be mailed to both the Court as well as counsel, and must be received by the Court no later than **MONDAY, OCTOBER 4, 2010**. A hearing on the motion will only be scheduled if necessary.

Counsel for Mr. Minor are reminded that unless and until they are released from this action, they must continue to represent Mr. Minor as set forth in prior orders.

**IT IS SO ORDERED.**

Dated: September 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE