**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual, | No. C 08-05445 WHA |
| Plaintiff, | and |
| v. | No. C 09-00471 WHA |
| CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive, | |
| Defendants. / | **ORDER REGARDING FILING OF HALSEY MINOR'S RESPONSE UNDER SEAL** |
| CHRISTIE'S, INC., a New York corporation, | |
| Counterclaimant, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Counterdefendants. / | |

With respect to any response filed by Halsey Minor to the pending motion to withdraw as counsel, such response shall be filed under seal to ensure that any privileged material therein is appropriately protected. Due to its potentially privileged contents, Mr. Minor's response should *not* be submitted to counsel for Christie's, Inc. and Christie, Manson & Woods, Ltd., and should *not* be filed on the public docket by the Clerk. Mr. Minor's counsel of record, Browne Woods George LLP, are **ORDERED** to advise Mr. Minor regarding the attorney-client privilege (and the

dangers of waiver thereof) and shall assist Mr. Minor in filing his response to the pending motion under seal by the October 4 deadline.* Counsel for Mr. Minor shall ensure that he receives a copy of this order.

**IT IS SO ORDERED.**

Dated:  September 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

\* This assistance is obviously limited to *filing* only.  Given the nature of the pending motion, counsel for Mr. Minor are not required to assist him in drafting a timely response to their motion to withdraw.

2