IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/<br>CHRISTIE'S, INC., a New York corporation,<br><br>    Counterclaimant,<br><br>  v.<br><br>HALSEY MINOR, an individual, and ROES 1 through 20, inclusive,<br><br>    Counterdefendants.<br>_____/ | No. C 08-05445 WHA<br><br>    and<br><br>No. C 09-00471 WHA<br><br><br><br><br><br>**ORDER REGARDING SELECTION OF SPECIAL MASTER FOR ATTORNEY'S FEES** |

A special master shall be appointed to resolve the dispute over reasonable attorney's fees and costs. The parties shall meet and confer and submit the name and contact information of at least one candidate **BY NOON ON FRIDAY, OCTOBER 1, 2010**. If the parties cannot agree, the Court will select a candidate on its own.

**IT IS SO ORDERED.**

Dated: September 27, 2010.

                                                WILLIAM ALSUP<br>                                              UNITED STATES DISTRICT JUDGE