IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual, | No. C 08-05445 WHA |
| Plaintiff, | and |
| v. | No. C 09-00471 WHA |
| CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive, | |
| Defendants. / | **ORDER APPOINTING SPECIAL MASTER RE ATTORNEY'S FEES AND TAXABLE COSTS** |
| CHRISTIE'S, INC., a New York corporation, | |
| Counterclaimant, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Counterdefendants. / | |

Since counsel have been unable to reach an agreement on reasonable attorney's fees and costs, a special master shall be appointed whose fees shall be apportioned as per the procedural order filed on July 12, 2010 (Dkt. No. 181). The special master shall be tasked with resolving the pending dispute over reasonable attorney's fees and taxable costs filed by both sides, as well as determining the proper allocation of his compensation between the parties.

The parties have met and conferred and have proposed that the Honorable Eugene F. Lynch (Ret.) be appointed as the special master, since he presided over their settlement efforts (Dkt. No. 218). The Court accepts this proposal and hereby appoints Judge Lynch as the special master to resolve all remaining disputes surrounding attorney's fees and taxable costs. The special master and counsel shall submit a form of reference by **NOON ON FRIDAY, OCTOBER 8**. An exemplar of such a "form of reference" can be found in *Bonner v. Redwood Mortgage Corporation*, CV 10-00479 WHA (Dkt. No. 50).

The special master shall complete and file with the Court his report and recommendations by **MONDAY, NOVEMBER 15**.

**IT IS SO ORDERED.**

Dated: October 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2