IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual, | No. C 08-05445 WHA |
| Plaintiff, | and |
| v. | No. C 09-00471 WHA |
| CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | **ORDER ON RENEWED MOTION TO WITHDRAW AS COUNSEL** |
| CHRISTIE'S, INC., a New York corporation, | |
| Counterclaimant, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Counterdefendants. | |

An order was filed under seal regarding plaintiff counsel's renewed motion to withdraw from this action. Counsel for Christie's, Inc. and Christie Manson & Woods will not receive a copy of the sealed order due to its potentially privileged contents. Counsel are advised, however, that Browne Woods George LLP will remain Halsey Minor's counsel of record until and unless a future order states otherwise.

**IT IS SO ORDERED.**

Dated: October 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE