United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS.<br>_____<br>CHRISTIE, MANSON & WOODS, LTD., a United Kingdom corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>HALSEY MINOR, an individual, and ROES 1 through 20, inclusive,<br><br>    Defendants.<br>_____ | No. C 08-05445 WHA<br><br><br><br><br><br><br>*Consolidated with:*<br><br><br><br>No. C 09-00471 WHA<br><br><br><br>**ORDER VACATING ASSIGNMENT OF SPECIAL MASTER** |

      The order appointing Eugene Lynch as special master is **VACATED** because he has declined the assignment. Both sides shall nominate a new special master and make arrangements

with him or her to assure payment. Advise the Court by **NOON ON OCTOBER 28, 2010**, who the new special master shall be.

**IT IS SO ORDERED.**

Dated: October 21, 2010. 
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE