IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/<br>CHRISTIE'S, INC., a New York corporation,<br><br>    Counterclaimant,<br><br>  v.<br><br>HALSEY MINOR, an individual, and ROES 1 through 20, inclusive,<br><br>    Counterdefendants.<br>_____/ | No. C 08-05445 WHA<br><br>and<br><br>No. C 09-00471 WHA<br><br><br>**ORDER REGARDING THE SELECTION OF A NEW SPECIAL MASTER** |

With respect to the pending attorney's fees dispute, the parties were ordered to select and submit to the Court a new special master candidate by October 28. In violation of the order, the parties only submitted the name of a "tentative" candidate, due purportedly to Halsey Minor's ongoing search for new counsel. The parties will have until **NOON ON THURSDAY, NOVEMBER 4** to submit the name of an agreed-upon special master. No "tentative" selections will be accepted.

No extensions to this deadline will be granted due to Mr. Minor's search for new counsel. At the moment, Mr. Minor is representing himself and *must* comply with court-ordered deadlines regardless of whether he has found new representation.

Counsel for Christie's, Inc. and Christie, Manson & Woods, Ltd. shall ensure that Mr. Minor receives a copy of this order promptly.

**IT IS SO ORDERED.**

Dated: November 1, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE