IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual, | No. C 08-05445 WHA |
| Plaintiff, | and |
| v. | No. C 09-00471 WHA |
| CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | **ORDER REGARDING THE SELECTION OF A SPECIAL MASTER** |
| CHRISTIE'S, INC., a New York corporation, | |
| Counterclaimant, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Counterdefendants. | |

The undersigned has inquired into the availability and willingness of the proposed special master candidate selected by Christie's, Inc. and Christie, Manson & Woods, Ltd., the Honorable Laurence Kay (Ret.), to preside over the pending attorney's fees matter. Judge Kay is not willing to preside over this dispute unless payment is made in advance. Such payment is unlikely given the circumstances and history of this litigation.

Instead, a different special master will be appointed. In making this selection on its own, the Court will not wait for Halsey Minor to locate and retain yet further counsel. There has been plenty of time for that. This dispute over attorney's fees must be brought to an end and Mr. Minor is fully capable of representing himself in this process if he cannot timely secure new counsel. An order will be filed shortly informing the parties of the identity of the special master who will preside over this last remaining issue.

**IT IS SO ORDERED.**

Dated: November 4, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE