IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual, | No. C 08-05445 WHA |
| Plaintiff, | and |
| v. | No. C 09-00471 WHA |
| CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive, | **ORDER REGARDING DEADLINE FOR SPECIAL MASTER'S REPORT AND RECOMMENDATION** |
| Defendants. / | |
| CHRISTIE'S, INC., a New York corporation, | |
| Counterclaimant, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Counterdefendants. / | |

At the request of the special master, the deadline for the special master's report and recommendation will be extended to **JANUARY 21, 2011**.

**IT IS SO ORDERED.**

Dated: November 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE