IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>                                              /<br>CHRISTIE'S, INC., a New York corporation,<br><br>    Counterclaimant,<br><br>  v.<br><br>HALSEY MINOR, an individual, and ROES 1 through 20, inclusive,<br><br>    Counterdefendants.<br>                                              / | No. C 08-05445 WHA<br><br>and<br><br>No. C 09-00471 WHA<br><br>**NOTICE REGARDING NEW COUNSEL** |

It has come to the attention of the special master that Halsey Minor is now represented by the law firm Kennedy Johnson Gallagher in New York City. Mr. Minor, however, currently has no counsel of record in this action. The Kennedy law firm is advised that before any of its lawyers may represent Mr. Minor in this action, they must apply and be admitted to practice in this district pro hac vice.

The special master shall mail a copy of this notice to the Kennedy law firm.

**IT IS SO NOTICED.**

Dated: January 5, 2011.

                                        WILLIAM ALSUP<br>
                                      UNITED STATES DISTRICT JUDGE