IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual, | No. C 08-05445 WHA |
| Plaintiff, | and |
| v. | No. C 09-00471 WHA |
| CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive, | |
| | **ORDER IMPRESSING LIEN IN FAVOR OF SPECIAL MASTER** |
| Defendants. / | |
| CHRISTIE'S, INC., a New York corporation, | |
| Counterclaimant, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Counterdefendants. / | |

On November 5, 2010, Attorney Ellen Eagen was appointed as special master in this action to resolve the parties' lingering dispute over reasonable attorney's fees and taxable costs. The order of appointment stated that "[t]he special master's compensation shall be deducted from the attorney's fees awarded." In light of the current record, further safeguards are warranted to ensure that this deduction is made.

Accordingly, a lien in favor of the special master is hereby impressed upon all attorney's fees, costs, and judgments awarded in this action, in the amount of the special master's fees and costs. No compromise or settlement of any of the foregoing items may be made without first satisfying the special master's lien.

**IT IS SO ORDERED.**

Dated: January 5, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2