IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual, | No. C 08-05445 WHA |
| Plaintiff, | and |
| v. | No. C 09-00471 WHA |
| CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive, | |
| | **NOTICE REGARDING OBJECTIONS TO REPORT AND RECOMMENDATION OF SPECIAL MASTER** |
| Defendants. / | |
| CHRISTIE'S, INC., a New York corporation, | |
| Counterclaimant, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Counterdefendants. / | |

Pursuant to FRCP 53(f), the parties are hereby put on notice that the special master has filed her report and recommendation regarding attorney's fees and taxable costs. Any objections to the report or motions to modify or adopt it must be filed by **NOON ON FEBRUARY 22, 2011**.

**IT IS SO ORDERED.**

Dated: January 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE