IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual, | No. C 08-05445 WHA |
| Plaintiff, | and |
| v. | No. C 09-00471 WHA |
| CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive, | |
| | **NOTICE REGARDING OBJECTIONS TO SPECIAL MASTER'S REQUEST FOR FEES** |
| Defendants. / | |
| CHRISTIE'S, INC., a New York corporation, | |
| Counterclaimant, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Counterdefendants. / | |

The parties are hereby put on notice that the special master has filed her request for fees. Any objections to the special master's request for fees must be filed by **NOON ON FEBRUARY 22, 2011**.

**IT IS SO ORDERED.**

Dated: February 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE