IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, an individual, | No. C 08-05445 WHA |
| Plaintiff, | and |
| v. | No. C 09-00471 WHA |
| CHRISTIE'S INC., a New York corporation, and DOES 1 through 20, inclusive, | |
| Defendants. / | **ORDER REGARDING OBJECTIONS TO REPORT AND RECOMMENDATION OF SPECIAL MASTER** |
| CHRISTIE'S, INC., a New York corporation, | |
| Counterclaimant, | |
| v. | |
| HALSEY MINOR, an individual, and ROES 1 through 20, inclusive, | |
| Counterdefendants. / | |

    The special master filed her report and recommendation regarding attorney's fees and taxable costs on January 29, 2011. Objections to this filing were due on February 22, 2011. Christie's did not file any objections to the special master's report and recommendation, but Halsey Minor timely did so. Christie's may file a response to Minor's objections by **NOON ON MARCH 7, 2011**. No reply from Minor will be allowed.

    Additionally, the special master shall file a supplemental report explaining the basis for her finding that the time attributable to junior associates amounts to approximately 26% of the hours requested by Christie's (Dkt. No. 256 at 24). This explanation shall address both of the

supposed "key differences" regarding this calculation raised in Minor's objections (Dkt. No. 260 at 10). The special master's supplemental report also shall be filed by **NOON ON MARCH 7, 2011**.

**IT IS SO ORDERED.**

Dated: March 1, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE