UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HALSEY MINOR, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>CHRISTIE'S, INC., a New York Corporation, and DOE'S 1 through 20, inclusive,<br><br>          Defendants.<br><br>CHRISTIE'S INC., a New York Corporation,<br><br>          Counterclaimant,<br><br>vs.<br><br>HALSEY MINOR, an individual, and DOE'S 1 through 20, inclusive,<br><br>         Counterdefendants. | **Case No. CV 08 5445 WHA (Lead Case)**<br>Case No. CV 09 0471 WHA<br>Assigned for all purposes to:<br>Hon. William H. Alsup<br><br><br><br>STIPULATION AND [PROPOSED]<br>ORDER RE: TIME FOR PAYMENT OF<br>SUMS PURSUANT TO ORDER<br>RESOLVING OBJECTIONS TO<br>SPECIAL MASTER'S REPORT<br><br><br><br>Date Action Filed: December 3, 2008<br>Jury Trial: May 10, 2010 |

WHEREAS, the Court has entered an Order Resolving Objections to Special Master's Report, Adopting Special Master's Report and Recommendation, and Fixing Special Master's Compensation, dated March 14, 2010 ("**Order**");

WHEREAS, the Order required the parties to pay the Special Master's fees and expenses by March 28, 2011 and Christie's represents it has paid and Minor represents he has sent in his payment of said fees and expenses;

WHEREAS, the Order awards (1) $117,111.09 in attorney's fees and disbursements and $16,859.63 in taxable costs to plaintiff and counterdefendant Halsey Minor ("**Minor**"); and (2) $886,626.88 in attorney's fees and disbursements and $16,640.74 in taxable costs to Christie's, Inc. and plaintiff Christie, Manson & Woods, Inc. LLC (collectively, "**Christie's**");

WHEREAS, the Order requires payment of the sums awarded to each party thereunder by March 31, 2011; and

WHEREAS, the parties mutually desire to extend the deadline for such payment of the fees and costs awarded by the Court, other than the payment already made to the Special Master;

IT IS HERE BY STIPULATED AND AGREED, by and between the parties, by and through their respective undersigned counsel, as follows:

1. Both parties' time to pay the amounts awarded pursuant to the Order is hereby extended from March 31, 2011, to April 15, 2011.

2. No prior request for such relief has been made.

**No more extensions will be granted.**

Dated: New York, New York
       March 31, 2011

KENNEDY JOHNSON GALLAGHER LLC

By: _____
    Steven Johnson (pro hac vice)
99 Wall Street – 15th Floor
New York, New York 10005
Telephone: (212) 248-2220

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
    Jose Allen (SBN: 122742)
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400

So Ordered:

_____
U.S.D.J.
WILLIAM ALSUP

Dated: April 4, 2011.

3